**No. 10-6303. Beaux Gordon Sines, Petitioner v. J. M. Wilner, Warden.**

562 U.S. 1182, 131 S. Ct. 997, 178 L. Ed. 2d 832, 2011 U.S. LEXIS 765.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 609 F.3d 1070.